UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0003 (04) |
| VERSUS | JUDGE DONALD E. WALTER |
| DAMIONE BROCK | MAGISTRATE JUDGE HORNSBY |

## **ORDER**

Before the Court is a "Motion To Correct Trial Record In Accordance With 28 U.S.C.A[.] § 753 Court Reporters Act" filed pro se by the Defendant, Damione Brock ("Brock"). See Record Document 536. Brock later filed a "Supplement To Motion To Correct Trial Record." Record Document 537. In his original motion, Brock alleges that "[u]pon review of the trial court record, defendant discovered errors, omissions, and expansion of the record." Id. at 2.

"A transcript need not be correct in every detail." United States v. Neal, 27 F.3d 1035, 1044 (5th Cir. 1994). Instead, the transcript need only "report the proceedings with reasonable completeness and substantial accuracy." United States v. Anzalone, 886 F.2d 229, 232 (9th Cir. 1989); see also United States v. Selva, 559 F.2d 1303, 1306 n.5 (5th Cir. 1977) (noting that a "merely technically incomplete record . . . will not be sufficient to work a reversal.").

The statute upon which Brock relies in his motion specifically provides: "The transcript in any case certified by the reporter . . . shall be deemed prima facie a correct statement of the testimony taken and proceedings had." 28 U.S.C. § 753(b). Furthermore, the Court requested that the court reporter review the transcript to compare it with the audio of the proceedings. After

review, the court reporter stands by her original transcript.  <u>See</u> Record Document 538 (Letter from Official Court Reporter).  Accordingly, Brock's motion to correct transcript is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 27th day of September, 2021.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE